# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL S. WOODS, | ) | 3:10-CV-0055-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 12, 2010 |
| | ) | |
| DAN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Trial by Jury (Doc. #11).

Plaintiff's Motion for Trial by Jury (Doc. #11) is **GRANTED** to the extent that should this case proceed to trial, Plaintiff shall be entitled to a jury trial.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/          
          Deputy Clerk