UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

MICHAEL S. WOODS,                 )    3:10-CV-00055-ECR-RAM
                                  )
     Plaintiff,                   )    MINUTES OF THE COURT
                                  )
vs.                               )    DATE: June 23, 2010
                                  )
DANIEL ROBINSON,                  )
                                  )
     Defendant.                   )
_____)

PRESENT: _____EDWARD C. REED, JR._____    U. S. DISTRICT JUDGE

Deputy Clerk: _____COLLEEN LARSEN_____   Reporter: _____NONE APPEARING_____

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS

     On April 21, 2010, Defendant filed a Motion to Dismiss (#13) this action.  Plaintiff did not respond to the Motion (#13) within the time required by the Rules of the Court.

     We, therefore, entered an Order (#16) on May 28, 2010, providing that Plaintiff would have an additional period of fifteen (15) days within which to respond to the Motion (#13).  He has failed to do so.

     **IT IS HEREBY ORDERED** that (Motion #13), which appears to be facially well taken, is **GRANTED**.  The Clerk shall enter judgment accordingly.


                              LANCE S. WILSON, CLERK

                              By _____/s/_____
                                   Deputy Clerk