AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF___NEVADA_____

MICHAEL S. WOODS,

           Plaintiff,

V.

                                  **JUDGMENT IN A CIVIL CASE**

                                  CASE NUMBER: **3:10-CV-00055-ECR-RAM**

DANIEL ROBINSON, et al.,

           Defendants.

____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant, Daniel Robinson's Motion to Dismiss (Document No. 13) appears to be facially well taken and is hereby GRANTED.

   ___June 25, 2010___

                                  **LANCE S. WILSON**
                                      Clerk

                                 ___/s/ Katie Lynn Ogden___
                                      Deputy Clerk